PROB 35 (ED/CA)
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket No: 1:06CR00049-001 LJO |
| DAVID J. EDWARDS | ) | |
| | ) | |

On December 9, 2011, the above-named was placed on Supervised Release for a period of 3 years. The offender has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.

On August 26, 2013, Assistant U.S. Attorney Mark Cullers reported that he had no objection to an early termination of Supervised Release in this case. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Ross A. Micheli

**Ross A. Micheli
United States Probation Officer**

Dated:  September 23, 2013
        Fresno, California
        MSE

/s/ Hubert J. Alvarez

**Re:** **DAVID J. EDWARDS**
  Docket No.:  **1:06CR00049-001 LJO**
  REPORT AND ORDER TERMINATING
  PROBATION/SUPERVISED RELEASE

**REVIEWED BY:**  **HUBERT J. ALVAREZ**
  **Supervising United States Probation Officer**

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from Supervised Release, and that the proceedings in the case be terminated.

RAM/mse
Attachment:  Recommendation
cc:  United States Attorney's Office
  FLU Unit, AUSA's Office
  Fiscal Clerk, Clerk's Office
IT IS SO ORDERED.

**Dated:**  **October 1, 2013**      **/s/  Lawrence J. O'Neill**
              UNITED STATES DISTRICT JUDGE